Entered: March 30th, 2022
Signed: March 29th, 2022
**SO ORDERED**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 |
| JUSTIN D. MYERS<br>MARY F. MYERS | * | Case No.   21-16095 |
| * * * * * | | |
| CHARLES KNAACK<br>Plaintiff | * | |
| | * | Adversary Case No. |
| vs. | * | 21-00261 |
| | * | |
| JUSTIN D. MYERS<br>MARY F. MYERS<br>Defendants | * | |
| | * | |
| * * * * * | | |

**CONSENT ORDER**

Upon consideration of this matter; and this Court having jurisdiction over the parties to and the subject matter of this adversary proceeding; and the Defendant Debtors having secured the advice of independent counsel in connection with this Consent Order; and the parties having

reached an agreement resolving the issues in this Adversary Proceeding, its, by the United States Bankruptcy Court, hereby

**ORDERED** that by agreement of the parties, **COUNT ONE (I)** of the Complaint is and is hereby **SUSTAINED,** and the Defendant Debtors' debt owed to the Plaintiff, Charles Knaack, as to both Defendant Justin D. Myers and Defendant Mary F. Myers, is and is **HEREBY DECLARED NON-DISCHARGEABLE** pursuant to 11 U.S.C. §523(a)(6) in the amount of **Five Thousand Six Hundred Dollars ($5,600.00)**, which amount is inclusive of any post judgment interest arising out of the underlying State Court judgment from the date thereof to the date of this Order; and it is further

**ORDERED** that by agreement of the parties, that **COUNT TWO (II)** of the Complaint is and is hereby **DISMISSED,** with prejudice; and it is further

**ORDERED** that by agreement of the parties Defendant Debtors shall commence payment to Plaintiff at the rate of Two Hundred Dollars ($200.00) per month beginning thirty (30) days from the date hereof until the non-discharged judgment is satisfied; and provided Defendant Debtors remain current with their obligations hereunder, Plaintiff shall forego enforcement of the non-discharged State Court judgment by State supplementary proceedings, levy, attachment or otherwise; and it is further

**ORDERED** that in the event of default in payment, and without further proceedings in this Court after filing a notice of any such default and serving the same on the Defendant Debtors at their address provided in these proceedings and on counsel of record for Defendant Debtors, and giving Defendant Debtors ten days from the date of such notice to cure such default (limited to two such notices), the Automatic Stay is and is hereby **TERMINATED** to allow Plaintiff to immediately exercise and enforce its state law and rights and remedies to collect the remaining non-discharged State Court judgment hereunder; and it is further

**ORDERED** that Defendant Debtors shall reimburse Plaintiff the costs of these proceedings in the amount of Three Hundred Fifty Dollars ($350.00).

Approved as to Form and Content:

_____
Charles Knaack, Plaintiff

_____  06626
David A. Castro
1206 Saint Paul Street
Baltimore, MD 21202
410-669-0098
d.castro@ecslawmd.com
Attorney for Plaintiff

_____
Justin D. Meyers, Defendant/Debtor

_____
Mary F. Myers, Defendant/Debtor
/s/ Jeffrey P Nesson

_____
Jeffrey Nesson                    02512
44 Westminster Pike
Reisterstown, MD 21136
410-363-4488
neslaw1@gmail.com
Attorney for Defendant/Debtors

cc:   Charles Knaack
      Justin D. Myers
      Mary F. Myers
      Attorneys of Record

[End of Order]